IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-HC-2252-D

MICHAEL R. DYE, )
 )
      Petitioner, )
 )
    v. ) **ORDER**
 )
C. MCRAE, )
 )
      Respondent. )

On December 4, 2025, Michael R. Dye ("Dye" or "petitioner"), a federal inmate proceeding pro se, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 [D.E. 1]. On January 7, 2026, Dye was released from custody. See BOP Inmate Locator, https://www.bop.gov/inmateloc/ (search by inmate number) (last visited Feb. 10, 2026).

Dye was required to notify the court of his change of address within 14 days of his release, but he failed to do so. See Local Civ. R. 83.3. Accordingly, the court DISMISSES the action without prejudice for Dye's failure to advise the court of his new address and for failure to prosecute, and DENIES the pending motions [D.E. 2, 5] as moot. The clerk shall close the case.

SO ORDERED. This 11 day of February, 2026.

                                            JAMES C. DEVER III
                                            United States District Judge